DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

MOLLY K. PRIEDEMAN (CABN 302096)
Assistant United States Attorney

  1301 Clay Street, Suite 340S
  Oakland, California 94612
  Telephone: (510) 637-3680
  FAX: (510) 637-3724
  molly.priedeman@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) **CASE NOS. 12-cr-00407 JSW** |
| | )          **19-cr-00520 JSW** |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) **JOINT STATUS REPORT** |
| JARVIS TOUSSAINT, | ) |
| | ) |
| Defendant. | ) |
| | ) |

This case is set for status/setting on December 16, 2020. Preliminarily, the parties apologize for any inconvenience caused by not filing a status report, as scheduled. Government counsel is new to the case, and the parties conferred today.

The defense has additional investigation that needs to be completed. Defense counsel estimates it should be completed in approximately two months. Given that estimate, defense counsel does not oppose setting a trial date if the date is at least a few months away.

The government intends to ask for a trial date at the next status/setting. The parties have conferred, and if the court decides to set a trial date, they have agreed upon a March 15, 2021 trial date if that date is available for the court, and subject to the government's ability to confirm witness

JOINT STATUS REPORT            1
19-cr-00520-JSW
12-cr-00407 JSW

availability.

DATED:  December 10, 2020

\_\_\_\_/s/_____
MOLLY K. PRIEDEMAN
Assistant United States Attorney


_____/s/_____
ERIK BABCOCK
Attorney for Defendant